# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA DALE BRIGHTWELL**                                                                              **PLAINTIFF**

**v.**                                        **Case No. 4:19-cv-00636-KGB**

**LUCAS EMBERTON,** *et al*.                                                                            **DEFENDANTS**

## ORDER

Plaintiff Joshua Dale Brightwell, an inmate at the Van Buren County Jail, filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 2).  On February 6, 2020, the Court granted Mr. Brightwell's motion to proceed *in forma pauperis* and advised him that his complaint is deficient (Dkt. No. 3, at 1-3).  The Court informed Mr. Brightwell that if he wished to cure the deficiencies, he must file an amended complaint within 30 days.  (*Id*., at 3).  The Court advised Mr. Brightwell that his failure to file an amended complaint could result in the dismissal of his lawsuit (*Id*.).  Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

As of the date of this Order, Mr. Brightwell has not filed an amended complaint or otherwise respond to the February 6, 2020 Order, and the time for doing so has passed.  The Court also notes that mail from the Court to Mr. Brightwell at his address of record has been returned as undeliverable (Dkt. No. 4).  It appears that Mr. Brightwell changed addresses without updating his information with the Court.  Mr. Brightwell was informed that he must keep the Court informed of his address or his lawsuit may be dismissed (Dkt. No. 3, at 3).  For the reasons described above, the Court dismisses this case without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

So ordered this 19th of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge